**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **K.A. V.O.,**<br>*Petitioner*,<br><br>v.<br><br>**MARKWAYNE MULLIN et al,**<br>*Respondents*. | **Civ. No. 26-3360** |

**ORDER**

**AND NOW**, this 11th day of September, 2026, it is hereby **ORDERED** that the parties shall submit a joint status report no later than September 24, 2026.

**BY THE COURT:**

Mary Kay Costello

MARY KAY COSTELLO
United States District Judge