**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **K.A. V.O.,**<br>***Plaintiff,***<br><br>**v.**<br><br>**MARKWAYNE MULLIN, et al,**<br>***Defendants.*** | **Civil No. 26-3360** |

**ORDER**

**AND NOW,** this 29th day of September, 2026, it having been reported that the issues in the above action have been resolved and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

*/s/ Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy to the
Honorable Mary Kay Costello
United States District Court Judge